**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| Christopher McClain, Individually and on Behalf of Others Similarly Situated<br>    Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-03001-S |
| Manu-Force Corp. (Formerly Manu-Force, LLC), Jennifer J. Kearney, and John Daniel Kearney, Jr.,<br>    Defendants. | §<br><br><br>§ | <br><br><br>JURY DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as co-counsel for Plaintiff Christopher McClain, individually and on behalf of others similarly situated, in the above entitled action. Notice and copies of pleadings, papers and other material relevant to this action should be copied and served upon:

>  Douglas B. Welmaker
>  State Bar No. 00788641
>  Welmaker Law, PLLC
>  409 N. Fredonia, Suite 118
>  Longview, Texas 75601
>  Phone: (512) 799-2048
>  Email: doug@welmakerlaw.com

Respectfully submitted,

**WELMAKER LAW, PLLC**

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**THE BUENKER LAW FIRM**

Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY-IN-CHARGE FOR
PLAINTIFF CHRISTOPHER MCCLAIN**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served via Notice of Electronic Filing through the CM/ECF system on December 2, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker