CAUSE NO. 3:24-cv-03001-S

| | | |
|---|---|---|
| Christopher McClain | § | UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE |
| | § | |
| Jennifer J Kearney, et al | § | |
| Defendant. | § | NORTHERN DISTRICT OF TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Dec 5, 2024, 7:51 am**,

SUMMONS IN A CIVIL ACTION AND PLAINTIFF'S ORIGINAL COLLECTIVE ACTION COMPLAINT

and was executed at **1100 Raven Bend Court, Southlake, TX 76092** within the county of **Tarrant** at **12:50 PM** on **Tue, Dec 17 2024**, by delivering a true copy to the within named

MANU-FORCE CORP C/O REGISTERED AGENT JENNIFER J. KEARNEY

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Sylvia Zavala**, my date of birth is **02/11/1968**, and my address is **8500 Harwood Road apt 6415, North Richland Hills, TX 76180**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Tarrant** County, State of **TX**, on **December 19, 2024**.

_____
Sylvia Zavala
PSC # 22856
EXPIRES: FEB. 28TH, 2025