# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER MCCLAIN, Individually and on Behalf of Others Similarly Situated | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-3001-S |
| MANU-FORCE CORP., JENNIFER J. KEARNEY, and JOHN DANIEL KEARNEY, JR. | § § § § | |

## ORDER SETTING INITIAL HEARING

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby sets this case for hearing on **February 14, 2025, at 12:00 p.m.** At least one counsel of record for each party shall be present. This hearing will be conducted in person.

The parties are directed to confer and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f). The Court expects the parties to review its Judge Specific Requirements, located at: http://www.txnd.uscourts.gov/judge/district-judge-karen-gren-scholer. The parties are encouraged to email to Scholer_Orders@txnd.uscourts.gov a proposed **agreed** scheduling order at least three days before the hearing based on: http://www.txnd.uscourts.gov/sites/default/files/documents/ScholerSO.doc.[1] If the parties' proposed agreed order deviates from the Court's standard form, they must submit a redlined version showing where the proposed order differs.

**SO ORDERED.**

SIGNED January 21, 2025.

*Karen Gren Scholer*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Submitting a proposed agreed scheduling order does not excuse the parties from attending the hearing. The Court will notify the parties if the hearing is cancelled.