# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| Christopher McClain, Individually and on Behalf of Others Similarly Situated<br>　　　Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-3001-S |
| Manu-Force Corp. (Formerly Manu-Force, LLC), Jennifer J. Kearney, and John Daniel Kearney, Jr.,<br>　　　Defendants. | §  | JURY DEMANDED |

## JOINT NOTICE OF SETTLEMENT OF CASE

Plaintiff Chris McClain and Defendants Manu-Force Corp. (Formerly Manu-Force, LLC), Jennifer J. Kearney, and John Daniel Kearney, Jr. file this Joint Notice of Settlement of Case and would respectfully show the Court as follows:

1. On February 13, 2025, the parties reached a settlement agreement in this case.

2. The parties are in the process of preparing the settlement documents and expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees within the next 30 days.

Respectfully submitted,

/s/ Josef F. Buenker
Josef F. Buenker
Texas State Bar No. 03316860
The Buenker Law Firm
Federal ID No. 11498
P.O. Box 10099
Houston, Texas 77206
713-868-3388
713-683-9940 (fax)
jbuenker@buenkerlaw.com

Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ William E. Hammel
William E. Hammel
Texas Bar No. 24036714
Wood Edwards LLP
1700 Pacific Avenue, Suite 2440
Dallas, Texas 75201
PH: (214) 760-6893
EM: billy@mylawteam.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Notice of Settlement has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on February 13, 2025.

                                                /s/ Douglas B. Welmaker
                                                Douglas B. Welmaker