**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| Christopher McClain, Individually and on Behalf of Others Similarly Situated<br>         Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-3001-S |
| Manu-Force Corp. (Formerly Manu-Force, LLC), Jennifer J. Kearney, and John Daniel Kearney, Jr.,<br>         Defendants. | §<br><br><br>§ | <br><br><br>JURY DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Chris McClain and Defendants Manu-Force Corp. (Formerly Manu-Force, LLC), Jennifer J. Kearney, and John Daniel Kearney, Jr. file this Joint Stipulation of Dismissal with Prejudice regarding Plaintiffs' claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

1. This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

2. Plaintiffs hereby dismiss, with prejudice, all claims against Defendants. Plaintiff and Defendants will bear their own costs of suit.

3. As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiffs' claims against Defendants.

Respectfully submitted,

/s/ Josef F. Buenker
Josef F. Buenker
Texas State Bar No. 03316860
The Buenker Law Firm
Federal ID No. 11498
P.O. Box 10099
Houston, Texas 77206
713-868-3388
713-683-9940 (fax)
jbuenker@buenkerlaw.com

Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEYS FOR PLAINTIFF**


/s/ William E. Hammel
William E. Hammel
Texas Bar No. 24036714
Wood Edwards LLP
1700 Pacific Avenue, Suite 2440
Dallas, Texas 75201
PH: (214) 760-6893
EM: billy@mylawteam.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Notice of Settlement has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on February 28, 2025.

/s/ Douglas B. Welmaker
Douglas B. Welmaker
